JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST. SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09-5621 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| RONNIE M. GRAY, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ronnie M. Gray, in the principal amount of $3,196.64 plus interest accrued to July 16, 2009, in the sum of $6,951.57; with interest accruing thereafter at $0.70 daily until entry of judgment, for a total amount of **$10,148.21**.

DATED: 8/6/2009        By: TERRY NAFISI
                            Clerk of the Court

                            L. RAYFORD
                            Deputy Clerk
                            United States District Court